IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>GLENN MARK HILL,<br><br>　　　　　　　Defendant. | 8:09CR413<br><br>**ORDER** |

Defendant Glenn Mark Hill appeared before the court on Friday, May 30, 2014 on a Petition for Warrant or Summons for Offender Under Supervision [39].  The defendant was represented by Assistant Federal Public Defender Michael F. Maloney on behalf of Shannon P. O'Connor, and the United States was represented by Assistant U.S. Attorney Michael P. Norris.  The government did not request detention therefore, the Defendant was not entitled to a preliminary examination.  The defendant was released on current terms and conditions of supervision.

　　　　I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Smith Camp.

　　　　IT IS ORDERED:

　　　　1.　　A final dispositional hearing will be held before Chief Judge Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on July 24, 2014 at 9:30 a.m. Defendant must be present in person.

　　　　2.　　The defendant is released on current conditions of supervision.

　　　　Dated this 30th day of May, 2014.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　s/ F.A. Gossett, III
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge