IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

14 SEP 16 AM 9: 46

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| GLENN MARK HILL, | ) |
| Defendant. | ) |

8:09CR413

**ORDER**

This matter comes before the Court upon the United States' Motion for Dismissal of

Petition for Offender Under Supervision filed by Pretrial Services Officer Aaron C. Kurtenbach.

(Filing No. ___49___ ). The Petition for Offender Under Supervision is hereby dismissed.

DATED this ___16ᵗʰ___ day of September, 2014.

BY THE COURT:

LAURIE SMITH CAMP
Chief, U.S. District Court Judge